**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-26193 |
| | § | |
| NIKO C TERRELL | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 06/26/2013. The case was converted to one under Chapter 7 on 01/26/2015. The undersigned trustee was appointed on 01/26/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.   The trustee realized gross receipts of                                   $6,800.00

      Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $124.89 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $6,675.11 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was <u>06/19/2015</u> and the deadline for filing government claims was <u>06/19/2015</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,430.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,430.00</u>, for a total compensation of <u>$1,430.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$6.56,</u> for total expenses of <u>$6.56</u>.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/13/2016</u>                    By:    <u>/s/ David P. Leibowitz</u>
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 13-26193-PSH | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | TERRELL, NIKO C | | **Date Filed (f) or Converted (c):** | 01/26/2015 (c) | |
| **For the Period Ending:** | 6/13/2016 | | **§341(a) Meeting Date:** | 02/24/2015 | |
| | | | **Claims Bar Date:** | 06/19/2015 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single-Family Home 349 Calhoun Ave. Calument City, IL 60409 Primary Residence Purchased December 2005 Purchase Price $202,000.00 | $122,158.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account Chase Bank Calumet City, IL | $100.00 | $100.00 | | $0.00 | FA |
| 3  Saving's Account Chase Bank Calumet City, IL | $0.00 | $0.00 | | $0.00 | FA |
| 4  Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5  Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 6  Jewelry (ring) | $0.00 | $0.00 | | $0.00 | FA |
| 7  Insurance Policies Chicago Tribune Death Benefit $448,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 8  Life Insurance Policy PrimeAmerica Death Benefit $200,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 9  401(K) Pension Fund Tribune (Vanguard) | $138,272.02 | $0.00 | | $0.00 | FA |
| 10  Automobile 2008 Porsche Cayenne Mileage: 40,000 | $22,975.00 | $17,075.00 | | $6,800.00 | FA |

**Asset Notes:**     Trustee obtained authority to sell vehicle, which was appraised at $14,000 (prior to exemptions), to Debtor for $6800. (Docket No. 58)

**TOTALS (Excluding unknown value)**                                                              **Gross Value of Remaining Assets**

$284,505.02          $17,175.00                                    $6,800.00          $0.00

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 |
| **Current Projected Date Of Final Report (TFR):** | 06/14/2016 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-26193-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TERRELL, NIKO C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2874 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/26/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2015 | (10) | Niko Terrell | Equity Interest in Vehicle | 1129-000 | $6,800.00 | | $6,800.00 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $6,792.93 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.60 | $6,782.33 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.65 | $6,770.68 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.22 | $6,760.46 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.55 | $6,749.91 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.24 | $6,738.67 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.17 | $6,728.50 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.85 | $6,717.65 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.84 | $6,706.81 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.12 | $6,696.69 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.80 | $6,685.89 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.78 | $6,675.11 |
| | | | **TOTALS:** | | $6,800.00 | $124.89 | $6,675.11 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,800.00 | $124.89 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,800.00 | $124.89 | |

**For the period of  6/26/2013 to 6/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $124.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $124.89 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/06/2015 to 6/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $124.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $124.89 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-26193-PSH | |
| **Case Name:** | TERRELL, NIKO C | |
| **Primary Taxpayer ID #:** | **-***2874 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/26/2013 | |
| **For Period Ending:** | 6/13/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $6,800.00 | $124.89 | $6,675.11 |

**For the period of 6/26/2013 to 6/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $124.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $124.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/26/2015 to 6/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $124.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $124.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIMS ANALYSIS REPORT

Page No: 1

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-26193-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | TERRELL, NIKO C | **Date:** 6/13/2016 |
| **Claims Bar Date:** | 06/19/2015 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $6.56 | $0.00 | $0.00 | $0.00 | $6.56 |
| | DAVID P. LEIBOWITZ<br><br>53 W JACKSON BLVD SUITE 1610 CHICAGO IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,430.00 | $0.00 | $0.00 | $0.00 | $1,430.00 |
| | LAKELAW<br><br>53 W. Jackson Blvd., Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,237.50 | $0.00 | $0.00 | $0.00 | $2,237.50 |
| | LAKELAW<br><br>53 W. Jackson Blvd., Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $43.31 | $0.00 | $0.00 | $0.00 | $43.31 |
| 1 | SANTANDER CONSUMER USA INC<br><br>P.O. BOX 961245 Fort Worth TX 76161 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $835.91 | $0.00 | $0.00 | $0.00 | $835.91 |
| 2 | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service P.O. Box 7317 Philadelphia PA 19101-7317 | Claims of Governmental Units | Allowed | 5800-000 | $9,849.17 | $0.00 | $0.00 | $0.00 | $9,849.17 |

**Claim Notes:**   $1111.83 paid to IRS during course of Chapter 13 by Chapter trustee.

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2a | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service P.O. Box 7317 Philadelphia PA 19101-7317 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,107.00 | $0.00 | $0.00 | $0.00 | $2,107.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank PO Box 788 Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,792.79 | $0.00 | $0.00 | $0.00 | $1,792.79 |

CLAIMS ANALYSIS REPORT

Exhibit C

**Case No.**    13-26193-PSH          **Trustee Name:** David Leibowitz

**Case Name:**    TERRELL, NIKO C          **Date:** 6/13/2016

**Claims Bar Date:**    06/19/2015

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BANK OF AMERICA, N.A.<br><br>c/o Johnson, Blumberg & Associates, LLC<br>230 W. Monroe, Ste. 1125<br>Chicago IL 60606 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    (4-1) Real estate located at 349 Calhoun Ave, Calumet City, Illinois 60409

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br><br>Purchased From COLLECTO US ASSET MANAGEM<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,094.27 | $0.00 | $0.00 | $0.00 | $6,094.27 |
| 7 | VERIPRO SOLUTIONS,INC.<br><br>PO BOX 3244<br>Coppell TX 75019 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS assignee of Capital One Bank (USA), N.A. Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,031.32 | $0.00 | $0.00 | $0.00 | $1,031.32 |

CLAIMS ANALYSIS REPORT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
**Case No.** 13-26193-PSH  
**Case Name:** TERRELL, NIKO C  
**Claims Bar Date:** 06/19/2015  

**Trustee Name:** David Leibowitz  
**Date:** 6/13/2016

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | ROGERS & HOLLANDS JEWELERS PO Box 879 Matteson IL 60443 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,518.54 | $0.00 | $0.00 | $0.00 | $3,518.54 |

**Claim Notes:** Claim filed as secured
Allowed as unsecured

| | $28,946.37 | $0.00 | $0.00 | $0.00 | $28,946.37 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Case No.** | 13-26193-PSH |
| **Case Name:** | TERRELL, NIKO C |
| **Claims Bar Date:** | 06/19/2015 |

**Trustee Name:** David Leibowitz

**Date:** 6/13/2016

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $43.31 | $43.31 | $0.00 | $0.00 | $0.00 | $43.31 |
| Attorney for Trustee Fees (Trustee Firm) | $2,237.50 | $2,237.50 | $0.00 | $0.00 | $0.00 | $2,237.50 |
| Claims of Governmental Units | $10,961.00 | $9,849.17 | $0.00 | $0.00 | $0.00 | $9,849.17 |
| General Unsecured § 726(a)(2) | $15,575.69 | $15,379.83 | $0.00 | $0.00 | $0.00 | $15,379.83 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $194,248.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,430.00 | $1,430.00 | $0.00 | $0.00 | $0.00 | $1,430.00 |
| Trustee Expenses | $6.56 | $6.56 | $0.00 | $0.00 | $0.00 | $6.56 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:         13-26193
Case Name:     NIKO C TERRELL
Trustee Name:   David P. Leibowitz

Balance on hand:                    $6,675.11

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:              $0.00
Remaining balance:              $6,675.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $1,430.00 | $0.00 | $1,430.00 |
| David P. Leibowitz, Trustee Expenses | $6.56 | $0.00 | $6.56 |
| Lakelaw, Attorney for Trustee Fees | $2,237.50 | $0.00 | $2,237.50 |
| Lakelaw, Attorney for Trustee Expenses | $43.31 | $0.00 | $43.31 |

Total to be paid for chapter 7 administrative expenses:         $3,717.37
Remaining balance:         $2,957.74

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:         $2,957.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,849.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2 | Department of the Treasury | $9,849.17 | $0.00 | $2,957.74 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $2,957.74 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,379.83 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Santander Consumer USA Inc | $835.91 | $0.00 | $0.00 |
| 2a | Department of the Treasury | $2,107.00 | $0.00 | $0.00 |
| 3 | Quantum3 Group LLC as agent for | $1,792.79 | $0.00 | $0.00 |
| 6 | US BANK N.A. | $6,094.27 | $0.00 | $0.00 |
| 8 | LVNV Funding, LLC its successors and assigns as | $1,031.32 | $0.00 | $0.00 |
| 9 | Rogers & Hollands Jewelers | $3,518.54 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)