# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-26193 |
| | § | |
| NIKO C TERRELL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $122,258.00 | Assets Exempt: | $145,172.02 |
| Total Distributions to Claimants: | $2,957.74 | Claims Discharged Without Payment: | $31,896.91 |
| Total Expenses of Administration: | $3,842.26 | | |

3) Total gross receipts of $6,800.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $6,800.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $227,693.53 | $194,248.91 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,842.26 | $3,842.26 | $3,842.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $13,068.00 | $10,961.00 | $9,849.17 | $2,957.74 |
| General Unsecured Claims (from **Exhibit 7**) | $38,428.65 | $15,575.69 | $15,379.83 | $0.00 |
| **Total Disbursements** | $279,190.18 | $224,627.86 | $29,071.26 | $6,800.00 |

4). This case was originally filed under chapter 13 on 06/26/2013. The case was converted to one under Chapter 7 on 01/26/2015. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2016                    By:   /s/ David P. Leibowitz
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile 2008 Porsche Cayenne Mileage: 40,000 | 1129-000 | $6,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,800.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Bank of America, N.A. | 4110-000 | $169,560.00 | $170,489.63 | $0.00 | $0.00 |
| 7 | Veripro Solutions,Inc. | 4110-000 | $19,096.00 | $23,759.28 | $0.00 | $0.00 |
| | The Vanguard Group | 4110-000 | $39,037.53 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$227,693.53** | **$194,248.91** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,430.00 | $1,430.00 | $1,430.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.56 | $6.56 | $6.56 |
| Green Bank | 2600-000 | NA | $124.89 | $124.89 | $124.89 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,237.50 | $2,237.50 | $2,237.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $43.31 | $43.31 | $43.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,842.26** | **$3,842.26** | **$3,842.26** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2 | Department of the Treasury | 5800-000 | $13,068.00 | $10,961.00 | $9,849.17 | $2,957.74 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,068.00 | $10,961.00 | $9,849.17 | $2,957.74 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Santander Consumer USA Inc | 7100-000 | $706.00 | $835.91 | $835.91 | $0.00 |
| 2a | Department of the Treasury | 7100-000 | $13,068.00 | $2,107.00 | $2,107.00 | $0.00 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $1,792.00 | $1,792.79 | $1,792.79 | $0.00 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | $0.00 | $195.86 | $0.00 | $0.00 |
| 6 | US BANK N.A. | 7100-000 | $6,094.00 | $6,094.27 | $6,094.27 | $0.00 |
| 8 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $2,902.00 | $1,031.32 | $1,031.32 | $0.00 |
| 9 | Rogers & Hollands Jewelers | 7100-000 | $4,241.00 | $3,518.54 | $3,518.54 | $0.00 |
| | JRSI Inc. | 7100-000 | $9,069.65 | $0.00 | $0.00 | $0.00 |
| | Citifinancial | 7100-900 | $100.00 | $0.00 | $0.00 | $0.00 |
| | EOS CCA | 7100-900 | $291.00 | $0.00 | $0.00 | $0.00 |
| | EOS CCA | 7100-900 | $165.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,428.65 | $15,575.69 | $15,379.83 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-26193-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TERRELL, NIKO C | Date Filed (f) or Converted (c): | 01/26/2015 (c) |
| For the Period Ending: | 8/9/2016 | §341(a) Meeting Date: | 02/24/2015 |
| | | Claims Bar Date: | 06/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-Family Home 349 Calhoun Ave. Calument City, IL 60409 Primary Residence Purchased December 2005 Purchase Price $202,000.00 | $122,158.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Account Chase Bank Calumet City, IL | $100.00 | $100.00 | | $0.00 | FA |
| 3 | Saving's Account Chase Bank Calumet City, IL | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry (ring) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Insurance Policies Chicago Tribune Death Benefit $448,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Life Insurance Policy PrimeAmerica Death Benefit $200,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 401(K) Pension Fund Tribune (Vanguard) | $138,272.02 | $0.00 | | $0.00 | FA |
| 10 | Automobile 2008 Porsche Cayenne Mileage: 40,000 | $22,975.00 | $17,075.00 | | $6,800.00 | FA |

**Asset Notes:** Trustee obtained authority to sell vehicle, which was appraised at $14,000 (prior to exemptions), to Debtor for $6800. (Docket No. 58)

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $284,505.02 | $17,175.00 | | $6,800.00 | $0.00 |

**Major Activities affecting case closing:**

| 06/30/2016 | 2016 Reporting Period: |
| | TFR submitted - hearing: 7/26/16 |
| | Objected to claims 4, 5, 7, and 9 |
| 06/30/2015 | 2015 Reporting Period: |
| | Voluntary conversion from chapter 13 to chapter 7 |
| | Asset case - 2008 Porshe Cayenne appraised at $14,000.00 -- $79k miles, owned free-and-clear. Debtor paid $6800.00 for equity interest in vehicle. |
| | |
| | Reviewed Debtor's 401k documents--Debtor claimed he depleted funds due to job loss in 2014. |
| | |
| | Claims bar date: 6/19. |

| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 06/14/2016 | DAVID LEIBOWITZ |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 13-26193-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TERRELL, NIKO C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2874 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/26/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2015 | (10) | Niko Terrell | Equity Interest in Vehicle | 1129-000 | $6,800.00 | | $6,800.00 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $6,792.93 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.60 | $6,782.33 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.65 | $6,770.68 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.22 | $6,760.46 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.55 | $6,749.91 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.24 | $6,738.67 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.17 | $6,728.50 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.85 | $6,717.65 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.84 | $6,706.81 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.12 | $6,696.69 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.80 | $6,685.89 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.78 | $6,675.11 |
| 07/26/2016 | 3001 | Lakelaw | Amount Claimed: 43.31; Distribution Dividend: 100.00; Claim #: ; Dividend: 0.64; Amount Allowed: 43.31; Notes: ; | 3120-000 | | $43.31 | $6,631.80 |
| 07/26/2016 | 3002 | Lakelaw | Amount Claimed: 2,237.50; Distribution Dividend: 100.00; Claim #: ; Dividend: 33.52; Amount Allowed: 2,237.50; Notes: ; | 3110-000 | | $2,237.50 | $4,394.30 |
| 07/26/2016 | 3003 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,430.00 | $2,964.30 |
| 07/26/2016 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.56 | $2,957.74 |
| 07/26/2016 | 3005 | Department of the Treasury | Amount Claimed: 10,961.00; Distribution Dividend: 30.03; Claim #: 2; Dividend: 44.30; Amount Allowed: 9,849.17; Notes: $1111.83 paid to IRS during course of Chapter 13 by Chapter trustee.; | 5800-000 | | $2,957.74 | $0.00 |
| | | | **TOTALS:** | | $6,800.00 | $6,800.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,800.00 | $6,800.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,800.00 | $6,800.00 | |

| For the period of 6/26/2013 to 8/9/2016 | | For the entire history of the account between 05/06/2015 to 8/9/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,800.00 | Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 | Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,800.00 | Total Compensable Disbursements: | $6,800.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,800.00 | Total Comp/Non Comp Disbursements: | $6,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-26193-PSH | |
| **Case Name:** | TERRELL, NIKO C | |
| **Primary Taxpayer ID #:** | **-***2874 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/26/2013 | |
| **For Period Ending:** | 8/9/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,800.00 | $6,800.00 | $0.00 |

**For the period of 6/26/2013 to 8/9/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/26/2015 to 8/9/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |